UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Annie Nelson,                                         File No. 21-cv-00381 (ECT/BRT)

      Plaintiff,

v.                                                              **ORDER OF DISMISSAL
                                                                  WITH PREJUDICE**

Life Insurance Company of North America,

      Defendant.

Pursuant to the Stipulation of Dismissal [ECF No. 18] entered into by Plaintiff and

Defendant and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT**

the above-captioned action is hereby **DISMISSED** with prejudice and on the merits,

without an award of costs, disbursements, or attorneys' fees to any party.

Dated:  December 9, 2021                    s/ Eric C. Tostrud
                                                              Eric C. Tostrud
                                                              United States District Court